No. 10–7842. OLSON v. ESTATE OF GAIGNAT, DECEASED. Ct. App. Kan. Certiorari denied.

No. 10–7844. WARFIELD v. WEBER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–7850. PARKER v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 10–7854. NOBLE v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7864. EVANS v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7868. MARTINEZ v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7869. BARNES v. MISSISSIPPI DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Miss. Certiorari denied.

No. 10–7871. PARTOVI v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7872. PARTOVI v. MATUSZEWSKI ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–7873. DEVON v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 10–7874. JEWELL v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 10–7876. NORRIS v. SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 10–7880. WILLIAMS v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7881. YELLOWBEAR v. SALZBURG, ATTORNEY GENERAL OF WYOMING, ET AL. C. A. 10th Cir. Certiorari denied.